AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER- VIEW LTD.

V.

Elynor Walcott and Wally's Cafe, Inc.
d/b/a Wally's Cafe

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05  10264 WGY

TO: (Name and address of defendant)

Elynor Walcott
27 Rutland Square
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GARY D. BERKOWITZ, ESQ.
One James Street
Providence, RI 02903

Tel: (401) 751-7671

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]
BY) DEPUTY CLERK

FEB 10 2005
DATE

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: April 27, 2005

NAME OF SERVER (PRINT): George Curran

TITLE: Constable

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Paul Walcott, son, at 27 Rutland Square, Boston, MA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $58.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Date: April 27, 2005 @ 10:30 AM

Signature of Server: George Curran

Baystate Constable Service, Inc
138 Bedford Street
Burlington, MA  01803
(781) 270-7011   (781) 270-4559 f

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.