UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10264-WGY

KINGVISION PAY-PER-VIEW LTD., )
          Plaintiff, )
 )
 )
v. )
 )
 )
ELYNOR WALCOTT and WALLY'S CAFÉ, INC.)
D/B/A WALLY'S CAFÉ, )
          Defendants )
                                                    )

**STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO FILE AN ANSWER OR OTHERWISE PLEAD**

The plaintiff, KingVision Pay-Per-View, LTD, and the defendants, Elynor

Walcott and Wally's Café d/b/a Wally's Café, stipulate that the Defendants shall have up

to and including Tuesday, June 7, 2005, to file an Answer or otherwise plead in response

to plaintiff's Complaint.

Plaintiff,                                        Defendants,
KingVision Pay-Per-View, LTD,                    Elynor Walcott and Wally's Café,
                                                 Inc. d/b/a Wally's Café,

By its attorney,                                 By their attorney,

Gary D. Berkowitz (BBO# 632536)                  Kimberly Y. Jones (BBO# 632663)
One James Street                                 Looney & Grossman LLP
Providence, RI 02903                             101 Arch Street
(401) 751-7671                                   Boston, MA 02110
                                                 (617) 951-2800.

Dated: May 17, 2005