UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10264-WGY

|  |  |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELYNOR WALCOTT and WALLY'S CAFÉ, INC. | ) |
| D/B/A WALLY'S CAFÉ, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Now comes Kimberly Y. Jones (BBO# 632663) and Looney & Grossman LLP, Attorneys,

and enter their Appearances on behalf of the Defendants Elynor Walcott and Wally's Café, Inc.

d/b/a Wally's Café, in the above-entitled matter.

Defendants,
Elynor Walcott and Wally's Café,
Inc. d/b/a Wally's Café,

By their attorney,

Kimberly Y. Jones (BBO# 632663)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated: May 17, 2005