UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELYNOR WALCOTT and WALLY'S CAFE, INC. ) <br> D/B/A WALLY'S CAFE, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO.: 05-10264-WGY |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
WALLY'S CAFE, INC. (LOCAL RULE 7.3(A))**

Defendant Wally's Cafe, Inc. states that it has no parent corporation and is a privately held company.

                                        Defendant,

                                        WALLY'S CAFE, INC.,
                                        By its attorney,

                                        */s/ Kimberly Y. Jones*
                                        Kimberly Y. Jones (BBO# 632663)
                                        Looney & Grossman LLP
                                        101 Arch Street
                                        Boston, MA  02110
June 10, 2004                           (617) 951-2800

13481\000\Pld\04

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2005, I served a true copy of the foregoing pleading upon all parties hereto by electronically, via facsimile, or by mailing a copy thereof, properly addressed to:

      Gary D. Berkowitz, Esq.
      One James Street
      Providence, RI  02903

      */s/ Kimberly Y. Jones*
      Kimberly Y. Jones