UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELYNOR WALCOTT and WALLY'S CAFE, INC. )<br>D/B/A WALLY'S CAFE, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 05-10264-WGY |

**DEFENDANTS' CERTIFICATION PURSUANT**
**TO LOCAL RULE 16.1(D)(3)**

The Defendants, Elynor Walcott and Wally's Cafe, Inc., and its counsel certify in accordance with the provisions of Local Rule 16.1(D)(3) as follows:

Defendants Elynor Walcott, Wally's Cafe, Inc., and its counsel have conferred:

(a) With a view to establish a budget for the cost of conducting a full-course – and various alternative courses – of the litigation; and

(b) To consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ELYNOR WALCOTT and WALLY'S
CAFE, INC.,
By their attorney,


*/s/ Kimberly Y. Jones*
Kimberly Y. Jones (BBO# 632663)
Looney & Grossman LLP
101 Arch Street
Boston, MA  02110
August 12, 2005                              (617) 951-2800

## CERTIFICATE OF SERVICE

  I hereby certify that on August 12, 2005, I served a true copy of the foregoing pleading upon all parties hereto by electronically, via facsimile, or by mailing a copy thereof, properly addressed to:

    Gary D. Berkowitz, Esq.
    One James Street
    Providence, RI  02903


                */s/ Kimberly Y. Jones*
                Kimberly Y. Jones