UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY-PER-VIEW CORP., LTD    :
                                       :
v.                                     :    05-10264-WGY
                                       :
ELYNOR WALCOTT and WALLY'S CAFÉ. INC   :

PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

Plaintiff, pursuant to Rules 33 and 37, hereby moves to compel responses to interrogatories within thirty days. In support thereof, Plaintiff states that interrogatories were propounded on July 5, 2005. Plaintiff did not previously press for responses due to settlement efforts by the parties (which are ongoing). However, the case is on the fall trial calendar, and responses are overdue. Plaintiff notified the Defendant on May 22nd that this Motion would be filed.

WHEREFORE, Plaintiff requests that this Motion be Granted.

Plaintiff, by its attorney:

_____
GARY D. BERKOWITZ, ESQ. #532536
One James Street
Providence, RI 02903
Tel: (401) 751-7671

CERTIFICATION

I certify that I mailed a copy of this Motion to opposing counsel as appears below this 1st day of June, 2006.

Kimberly Jones, Esq.
Foley & Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

_____

Boxing Motion to Compel