**GARY D. BERKOWITZ, ESQ.**
Counselor at Law

---

Admitted in Rhode Island and Massachusetts

One James Street, Providence, RI 02903
Tel: (401) 751-7671   Fax: 751-1146

June 23, 2006

Honorable William G. Young
US District Court
One Courthouse Way
Boston, MA 02110

re: Civil Action 05- 10264 WGY
    KingVision v. Wally's Café

Dear Judge Young:

The parties have reached an agreement to settle the above matter, which otherwise would be set down for mediation next month. The settlement terms will take approximately another sixty days to complete. Therefor I request that proceedings be stayed, and that the parties be given until September 8th to file a dismissal stipulation.

Very Truly Yours,

Gary D. Berkowitz, Esq.

cc: Kimberley Jones, Esq.