UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Kingvision Pay-Per-View Corp., Ltd.** | Civil Action<br>No: 05cv10264-WGY |
| **Plaintiff** | |
| v. | |
| **Elynor Walcott, et al**<br>**Defendant** | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on  that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

    By the Court,

    /s/ Matthew A. Paine

    **Deputy Clerk**

June 30, 2006

To: All Counsel