UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER- VIEW CORP. LTD             :
                                                :
            Plaintiff                           :
                                                :
   -vs.-                                        :  Civil Action 05-10264-WGY
                                                :
ELYNOR WALCOTT, INC. et al                      :
                                                :
            Defendant                           :

STIPULATION OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(ii) this all claims, counterclaims, and crossclaims are dismissed with prejudice. No fees or costs to any party.


Plaintiff, by its attorney:                     Defendants, by their attorney:

_____                 _____
GARY D. BERKOWITZ, ESQ.                         KIMBERLY Y. JONES, ESQ.
Bar # 532536                                    Bar #055480/632663
One James Street                                155 Seaport Blvd.
Providence, RI 02903                            Boston, MA 02210-2600
Tel: (401) 751-7671                             Tel:(617) 832-1178

Dated: August 25, 2006